UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARL SANDERS,

    Plaintiff,

  v.

SUSAN DONAHUE, *et al.*,

    Defendants.

Case No. C04-5870FDB

ORDER TO SHOW CAUSE

The Complaint in this matter states several claims relating to an alleged breach of contract. The asserted basis of the Court's jurisdiction is diversity. Plaintiff states in his jurisdictional allegations that he is a resident of Enumclaw, County of King, State of Washington; while he states that the defendants are residents of the State of Nevada, he also states that Defendant Anthony Pistilli [and, presumably his wife Jane Doe Pistilli] are residents of Tacoma, Washington.

It is required, however, that all plaintiffs be diverse from all defendants, and the effect of there being a local defendant defeats diversity. *Pullman Co. v. Jenkins*, 305 U.S. 534 (1939).

ACCORDINGLY, IT IS ORDERED: Plaintiff shall show cause by no later than June 24, 2005 why this cause of action should not be dismissed for lack of diversity jurisdiction.

DATED this 16th day of June, 2005.

*/s/ Franklin D. Burgess*
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1